1891.  EPHRAM *v.* THE STATE.

RUSSELL, J.   The judge did not err in overruling the motion for a new trial, either upon the general grounds, or upon the ground of newly discovered evidence.   *Judgment affirmed.*

Accusation of assault and battery, from city court of Blakely—
Judge Jordan.   April 23, 1909.

Submitted June 9,—Decided July 6, 1909.

*Hawes & Pottle,* for plaintiff in error.

*Waller Park, solicitor,* contra.